PD-0787-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/25/2015 11:07:39 AM
Accepted 6/26/2015 5:54:24 PM
ABEL ACOSTA
CLERK

PD-0787-15

NO. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS

_____

# JOSE MIGUEL GARCIA
*Appellant*

**v.**

# THE STATE OF TEXAS
*Appellee*

_____

FROM THE FIFTH COURT OF APPEALS
CAUSE NO. 05-13-01578-CR

ON APPEAL FROM THE CRIMINAL DISTRICT COURT NO. 2
DALLAS COUNTY, TEXAS
TRIAL COURT NO.  F-12-35086-I
THE HONORABLE GARY STEPHENS PRESIDING

## APPELLANT'S MOTION FOR EXTENSION
## OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

June 26, 2015

ABEL ACOSTA, CLERK

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

1

COMES NOW, JOSE MIGUEL GARCIA, Appellant herein, and moves this court to issue an extension of time to file his petition for discretionary review, and in support thereof would show the court as follows:

I.

The opinion of the Fifth Court of Appeals in cause nos. 05-13-01578-CR, affirming the conviction, was rendered on May 29, 2015.

II.

The number and style of the case in the District Court is No. F-12-35086-I, *State of Texas v. Jose Miguel Garcia.*

III.

Appellant was convicted of continuous sexual abuse of a child.

IV.

The present deadline for filing the petition for discretionary review is June 28, 2015.

V.

No extensions of time to file the brief were previously requested.

VI.

The reason for this request is that during the last few weeks counsel has been working on the following:

1. Petition for discretionary review in *The State of Texas v. Mark Twain Simpson,* case no. PD-0599-15 in the Texas Court of Criminal Appeals,

2. Petitioner's reply brief in *Robert William Cornwell v. State of Texas*, case no. PD-1501-14 in the Texas Court of Criminal Appeals,

3. Amended petition for writ of habeas corpus in *Faryion Edward Wardrip v. William Stephens*, case no. 7:01-CV-0247-G in the United States District Court for the Northern District of Texas, Wichita Falls Division.


WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his brief until July 28, 2015.

RESPECTFULLY SUBMITTED,


   /s/ BruceAnton
BRUCE ANTON
Texas State Bar No. 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time was electronically served to the Appellate Division of the Dallas County District Attorney's Office and to the State Prosecuting Attorney on this 25th day of June, 2015.

/s/ Bruce Anton
BRUCE ANTON